MARJORIE GORDON, Appellant, *v.* BERGDORF & GOODMAN COMPANY, Respondent.

Argued April 5, 1951; decided May 17, 1951.

*Sylvan Schwartz, Joseph A. Gluckman* and *Nathan A. Gluckman* for appellant.

*Laurence Rosenthal* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.